# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 16-11063-JKF

HELEN C. O'NEAL

128 Folcroft Avenue

Folcroft, PA 19032-

   Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    HELEN C. O'NEAL

    128 Folcroft Avenue

    Folcroft, PA 19032-

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                                       /S/ William C. Miller

Date: 9/23/2016                                          _____

                                                       William C. Miller, Esquire
                                                       Chapter 13 Standing Trustee