United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-11063-jkf
Helen C. O'Neal                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1          Date Rcvd: Dec 02, 2016
                             Form ID: pdf900          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2016.
db          +Helen C. O'Neal,    128 Folcroft Avenue,    Folcroft, PA 19032-1010
13684361     Aqua PA,    752 W. Lancaster Ave,    Clifton Heights, PA 19018
13721444     CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
13676844     Capital One,    P.O. Box 85617,    Richmond, VA 23276-0001
13676847    +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13684367    +Verizon,    PO Box 28000,    Lehigh Valley, PA 18002-8000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Dec 03 2016 02:34:06    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 03 2016 02:32:55
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 03 2016 02:33:27    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13676845    +E-mail/Text: bankruptcy@cavps.com Dec 03 2016 02:33:19    Cavalry Investments, LLC,
             500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-1340
13679058    +E-mail/Text: bankruptcy@cavps.com Dec 03 2016 02:33:18    Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13758919     E-mail/Text: bankruptcy.bnc@ditech.com Dec 03 2016 02:32:09    Ditech Financial LLC,
             PO Box 6154,    Rapid City, SD 57709-6154
13676846     E-mail/Text: bankruptcy.bnc@ditech.com Dec 03 2016 02:32:09    Greentree,    PO Box 6172,
             Rapid City, SD 57709-6172
13711960    +E-mail/Text: bankruptcygroup@peco-energy.com Dec 03 2016 02:32:09    PECO Energy Company,
             Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13676848     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 03 2016 03:02:56
             Portfolio Recovery Assoc., LLC,    PO Box 41067,    Norfolk, VA 23541
                                                                                         TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13684362*     Capital One,    P.O. Box 85617,    Richmond, VA 23276-0001
13684363*    +Cavalry Investments, LLC,    500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-1340
13684364*     Greentree,    PO Box 6172,    Rapid City, SD 57709-6172
13684365*    +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13684366*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Assoc., LLC,    PO Box 41067,    Norfolk, VA 23541)
                                                                          TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Helen C. O'Neal Perlick@verizon.net,  pirelandl@verizon.net
                                                                                          TOTAL: 4

*12/1/16*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  HELEN O'NEAL          :     CHAPTER 13
                              :
                              :
        DEBTOR                :     BANKRUPTCY No. 16-11063JKF

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming such service and (1) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed and setting a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326 (a)(2).

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

Dated: *12/1/16*