## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | HELEN O'NEAL | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 16-11063 JKF |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the Application for Compensation and Reimbursement of Expenses and certification of no objection as well as the Rule 2016(b) Disclosure Statement which was filed in this case, counsel fees and espenses are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $4,500.00 |
| Total expense cost: | $   20.00 |
| Amount of attorney fee paid by Debtor prior to filing: | $1,500.00 |
| Net amount: | $3,020.00 |

To the extent that funds are available, the Chapter 13 Trustee is allowed to distribute $3,020 to Zachary Perlick, Esquire.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

Dated: January 4, 2017

cc:
William C. Miller, Trustee
PO Box 40119
Philadelphia, PA 19106

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102