United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11063-jkf
Helen C. O'Neal                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: PaulP              Page 1 of 1              Date Rcvd: Jan 05, 2017
                                Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2017.
db              +Helen C. O'Neal,   128 Folcroft Avenue,   Folcroft, PA 19032-1010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2017 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Helen C. O'Neal Perlick@verizon.net,  pireland1@verizon.net
                                                                                                TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | HELEN O'NEAL | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 16-11063 JKF |

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the Application for Compensation and Reimbursement of Expenses and certification of no objection as well as the Rule 2016(b) Disclosure Statement which was filed in this case, counsel fees and espenses are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $4,500.00 |
| Total expense cost: | $   20.00 |
| Amount of attorney fee paid by Debtor prior to filing: | $1,500.00 |
| Net amount: | $3,020.00 |

To the extent that funds are available, the Chapter 13 Trustee is allowed to distribute $3,020 to Zachary Perlick, Esquire.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

Dated: January 4, 2017

cc:
William C. Miller, Trustee
PO Box 40119
Philadelphia, PA 19106


Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102